**Order filed October 2, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00715-CV

_____

### MARSHAUN ROBINSON, Appellant

### V.

### TEXAS BOARD PARDONS AND PAROLES, Appellee

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-34153**

## ORDER

According to information provided to this court, appellant filed a notice of appeal from the trial court's order signed August 14, 2014, sustaining a contest to his pauper's oath. It appears that no final judgment has been signed in this case, and the order being appealed is interlocutory. The clerk's record has not been filed in this appeal. Appellant filed a motion to appeal as indigent.

To determine our jurisdiction over this appeal, we issue the following order for a partial clerk's record.

We order the Harris County District Clerk to file a partial clerk's record with the clerk of this court on or before **October 31, 2014,** containing a final judgment signed by the trial court. **If the requested document is not part of the case file, the district clerk is directed to file a certified statement that the document is not part of the case file.**

PER CURIAM